# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2009

138908

THOMAS JOHN SHAY,
            Plaintiff-Appellant,

v

JOHN ALDRICH, WILLIAM PLEMONS, and
J. MILLER,
            Defendants-Appellees,
and

OFFICER ALLBRIGHT and OFFICER
LOCKLEAR,
            Defendants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138908
COA: 282550
Wayne CC: 06-608275-NZ

        On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the March 5, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether *Romska v Opper*, 234 Mich App 512 (1999), was correctly decided. The parties should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2009

Clerk